**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim No.1: 07-285 (RCL) |
| CHANG SIK YI., | |
| *Defendans.* | |

## ENTRY OF APPEARANCE

**WOULD THE CLERK** of the Court please enter the appearance of the undersigned as retained counsel for the Defendant, Mr. Chang Sik Yi.

                **Law Offices of J. E. Barber, P.C.**

                _____/s/_____
                By: JENSEN E. BARBER II
                D.C. Bar No. 376325
                400 7th Street, NW
                Suite 400
                Washington, D.C. 20004-2242
                (202) 737-8511
                On behalf of Mr. Sik Yi

**CERTIFICATE OF SERVICE**

  **THIS IS TO CERTIFY** that a true and correct copy of the foregoing has been served by electronic mail upon John Pearson, Esquire, on November 1, 2007.

                _____/s/_____
                JENSEN E. BARBER II

Case 1:07-cr-00285-RCL    Document 2    Filed 11/01/2007    Page 2 of 5

All But Death, Can Be Adjusted:

Why Defense Lawyers Must Recognize the Needs of Victims

In Death Penalty Litigation

> All but Death, can be Adjusted-
> Dynasties repaired-
> Systems─settled in their Sockets-
> Citadels─dissolved-
>
> Wastes of Lives ─ resown with Colors
> By Succeeding Springs-
> Death ─ unto itself ─ Exception-
> Is exempt from Change-
> ─ Emily Dickinson

EXHIBIT ONE:

Law Offices of J. E. Barber, P.C.
400 Seventh Street, N.W. Suite 400
Washington D.C. 20004-2242
202-737-8511
Fax: 202-628-0249

**FAX COVER SHEET**

FAX NUMBER TRANSMITTED TO: 514-8707

To:            JOHN DOMINGUEZ, Esquire
Of:            **USA**
From:          JENSEN E. BARBER II
Client/Matter: *Matter of Larry Gooch*
Date:          Monday, October 30, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| copy of card | 1 |
|  |  |
|  |  |

John, please be advised that Joyce and Tim left a copy of this card w Ellsworth Gray, Mrs. Cooper's nephew, on Saturday, October 28, 2006 at 8:42 AM. Moreover, today, Barbara asked why someone from my office would want to speak with her. After your conversation w me today, I called Ms. Cooper to express my dismay that she would think I was trying to trick her. There was no ill intent here, NONE. I explained to Ms Cooper that she had Mrs. Void's telephone number and if she wished to talk w her again she should call otherwise, if she does not wish us to contact her we would respect those wishes. She subsequently called Mrs. Void.

Thanks  Please be assured, I remain,

Sincerely yours,

Jensen E. Barber II

Case 1:07-cr-00285-RCL   Document 2   Filed 11/01/2007   Page 5 of 5