UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANG SIK YI.,<br><br>*Defendant.* | Crim No.1: 07-285 (RCL) |

**CONSENT MOTION TO CONTINUE ARRAIGNMENT**
**AND WAIVER OF DEFENDANT FOR SPEEDY ARRAIGNMENT**

COMES NOW Defendant, Chang Sik Yi, with the consent of the Government to continue the arraignment/plea currently scheduled before the Court on November 5, 2007 at 10:00 AM.

In support of this motion, the defendant states as follows:

1. Mr. Chang Sik Yi now lives in Oklahoma;

2. Mr. John Pearson, AUSA can not be at this court appearance;

3. Undersigned counsel cannot attend this scheduled appearance due to other commitments;

4. The DOJ wishes to interview Mr. Chang Sik Yi prior to his arraignment/plea and cannot do so at the present time because the personnel involved are currently in Korea;

5. Mr. Chang Sik Yi waives any rights to a speedy arraignment/trial in order to

effectuate this arraignment/plea at a time convenient with the Court and the parties;

6. The Government consents to this continuance.

**WHEREFORE** the Defendant with the consent of the Government seeks to continue this proceeding until such time as the parties have conferred with the Court Deputy and set a time convenient to the Court and between the parties.

>
> Respectfully submitted,
> Law Offices of J. E. Barber, P.C.
>
> _____/s/_____
> By: JENSEN E. BARBER II
> D.C. Bar No. 376325
> 400 7th Street, NW
> Suite 400
> Washington, D.C. 20004-2242
> (202) 737-8511
> On behalf of Mr. Sik Yi

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served by electronic mail upon John Pearson, Esquire, on November 1, 2007.

>
> _____/s/_____
> JENSEN  E.  BARBER II

All But Death, Can Be Adjusted:

Why Defense Lawyers Must Recognize the Needs of Victims

In Death Penalty Litigation

> All but Death, can be Adjusted-
> Dynasties repaired-
> Systems─settled in their Sockets-
> Citadels─dissolved-
>
> Wastes of Lives ─ resown with Colors
> By Succeeding Springs-
> Death ─ unto itself ─ Exception-
> Is exempt from Change-
> ─ Emily Dickinson

EXHIBIT ONE:

Law Offices of J. E. Barber, P.C.
400 Seventh Street, N.W. Suite 400
Washington D.C. 20004-2242
202-737-8511
Fax: 202-628-0249

## FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 514-8707

To:             **JOHN DOMINGUEZ, Esquire**
Of:             **USA**
From:           **JENSEN E. BARBER II**
Client/Matter:  *Matter of Larry Gooch*
Date:           Monday, October 30, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| copy of card | 1 |
| | |
| | |

John, please be advised that Joyce and Tim left a copy of this card w Ellsworth Gray, Mrs. Cooper's nephew, on Saturday, October 28, 2006 at 8:42 AM. Moreover, today, Barbara asked why someone from my office would want to speak with her. After your conversation w me today, I called Ms. Cooper to express my dismay that she would think I was trying to trick her. There was no ill intent here, NONE. I explained to Ms Cooper that she had Mrs. Void's telephone number and if she wished to talk w her again she should call otherwise, if she does not wish us to contact her we would respect those wishes. She subsequently called Mrs. Void.

Thanks  Please be assured, I remain,

Sincerely yours,

Jensen E. Barber II