# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANG SIK YI.,<br><br>*Defendant*. | Crim No.1: 07-285 (RCL) |

### ENTRY OF APPEARANCE

**WOULD the CLERK of the Court** please enter the appearance of the undersigned as retained counsel on behalf of the Defendant Chang Sik Yi in the above captioned matter.

                                                Law Offices of J. E. Barber, P.C.

                                                _____/s/_____
                                                By: JENSEN E. BARBER II
                                                D.C. Bar No. 376325
                                                400 7th Street, NW
                                                Suite 400
                                                Washington, D.C. 20004-2242
                                                (202) 737-8511
                                                On behalf of Mr. Sik Yi

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served by electronic mail upon John Pearson, Esquire, on November 2, 2007.

                                                  _____/s/_____
                                                  JENSEN E.  BARBER II