UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                          Crim No.1: 07-285 (RCL)

CHANG SIK YI.,

        *Defendant.*

**CONSENT MOTION TO CONTINUE ARRAIGNMENT
AND WAIVER OF DEFENDANT FOR SPEEDY ARRAIGNMENT**

    COMES NOW Defendant, Chang Sik Yi, with the consent of the Government to continue the arraignment/plea currently scheduled before the Court on November 5, 2007 at 10:00 AM.

    In support of this motion, the defendant states as follows:

1. Mr. Chang Sik Yi now lives in Oklahoma;

2. Mr. John Pearson, AUSA can not be at this court appearance;

3. Undersigned counsel cannot attend this scheduled appearance due to other commitments;

4. The DOJ wishes to interview Mr. Chang Sik Yi prior to his arraignment/plea and cannot do so at the present time because the personnel involved are currently in Korea;

5. Mr. Chang Sik Yi waives any rights to a speedy arraignment/trial in order to

effectuate this arraignment/plea at a time convenient with the Court and the parties;

6. The Government consents to this continuance.

**WHEREFORE** the Defendant with the consent of the Government seeks to continue this proceeding until such time as the parties have conferred with the Court Deputy and set a time convenient to the Court and between the parties.

                                                  Respectfully submitted,
Law Offices of J. E. Barber, P.C.

_____/s/_____
By: JENSEN E. BARBER II
D.C. Bar No. 376325
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
On behalf of Mr. Sik Yi

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served by electronic mail upon John Pearson, Esquire, on November 2, 2007.

_____/s/_____
JENSEN E. BARBER II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANG SIK YI.,<br><br>    *Defendant.* | Crim No.1: 07-285 (RCL) |

# ORDER

**Upon consideration of Defendant's** Motion to Continue his arraignment/plea currently scheduled before this Court on November 5, 2007 at 10:00 AM and the consent of the Government to said continuance, it is this _____ day of November 2007, hereby

**ORDERED** that the requested relief is GRANTED; and it is further,

**ORDERED** that on or before November 7, 2007, the Government and Defendant are to call the Court's CR Deputy to set a new date convenient to the Court and to the parties.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE

Case 1:07-cr-00285-RCL    Document 6    Filed 11/02/2007    Page 4 of 4