UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CHANG SIK YI.,

*Defendant.*

Crim No.1: 07-285 (RCL)

FILED
NOV 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

**Upon consideration of Defendant's** Motion to Continue his arraignment/plea currently scheduled before this Court on November 5, 2007 at 10:00 AM and the consent of the Government to said continuance, it is this 2nd day of November 2007, hereby

**ORDERED** that the requested relief is GRANTED; and it is further,

**ORDERED** that on or before November 7, 2007, the Government and Defendant are to call the Court's CR Deputy to set a new date convenient to the Court and to the parties.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE