FILED
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-285 |
| ) | |
| CHANG SIK YI ) | 18 U.S.C. § 1001 |
| ) | |
| Defendant. ) | |
| ) | |

Let this be filed
Royce C. Lamberth
U.S.D.J. 11/20/07

### FACTUAL BASIS FOR PLEA

The United States of America, by and through its undersigned attorneys within the United States Department of Justice, Criminal Division, Public Integrity Section, and the Defendant, CHANG SIK YI, personally and through his undersigned counsel, hereby stipulate to the following facts pursuant to United States Sentencing Guidelines § 6A1.1 and Rule 32(C)(1) of the Federal Rules of Criminal Procedure, that at all relevant times, in Seoul, Korea and elsewhere:

1. The defendant, CHANG SIK YI, was a civilian employee of the Department of Defense (DOD), an agency within the executive branch of the United States government. YI was employed by the United States Army, and he was stationed in the Republic of South Korea, where he worked as a Contracting Officer for the U.S. Army Contract Command Korea (USA-CCK).

2. In his position as a Contracting Officer, YI's duties included overseeing the planning, bidding, and award process for numerous government contracts. One of the contracts YI was charged with overseeing was a contract to provide security guard services at a USA-CCK installation in Seoul, South Korea.

3. At all relevant times, YI developed and maintained a personal friendship with Person A, a Korean national. Person A was employed by a Korean company that, in or around May 2003, bid on and won the security guard contract.

4. On or about July 2, 2003, the wife of Person A provided approximately $4,000 to the wife of YI by wire transfer. On or about July 9, 2003, the wife of Person A provided approximately $3,100 to the wife of YI in Korean bank notes, a form of negotiable instrument used in Korea. YI's wife used a portion of this money to purchase plane tickets for a round trip from Seoul, Korea to Bangkok, Thailand.

5. In or around late July 2003, YI, his wife, Person A, and Person A's wife traveled to Bangkok, Thailand together.

6. Due to the nature of his position, YI was required to file a Confidential Financial Disclosure Report each year with the Office of Government Ethics, which is an agency within the executive branch of the United States government. This form, also known as the "OGE Form 450," required certain members of the executive branch of the United States government to disclose their assets and income, liabilities, outside positions, and gifts and travel reimbursements. The disclosure requirements of the Financial Disclosure Report also applied to spouses of filers.

7. On or about October 20, 2003, YI signed and caused to be filed his Financial Disclosure Report covering the fiscal year 2003, which covered the time period of October 1, 2002 through September 30, 2003. In it, he did not disclose the money received from Person A's wife in either the income or gifts and travel reimbursement sections.

8.  In or about October 2004, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant CHANG SIK YI made a materially false, fictitious, and fraudulent statement, that is, the defendant signed and caused to be filed a Confidential Financial Disclosure Report stating that neither he nor his wife had received any income (other than his U.S. government salary) or gifts or travel reimbursement, when in fact his wife had received a total of at least approximately $7,100 from the wife of Person A.

Dated: 10.2.2007.

FOR THE DEFENDANT

_____
CHANG SIK YI
Defendant

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief
Public Integrity Section

_____
JENSEN BARBER
Counsel for the Defendant

By: _____
JOHN P. PEARSON
Trial Attorney

U.S. Department of Justice
Criminal Division
Public Integrity Section
10th & Constitution Ave., NW
Bond Building
Washington, DC 20530
(202) 514-1412
John.pearson@usdoj.gov