U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED
NOV 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

CHANG S YI

Case No. 07-285

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _20th_ day of _November 2007_ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _11/20/07_ by _SA CHARLES SKINNER_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _SA SKINNER_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

COURT

DOJ USA-16-1-80