## United States District Court
## for the District of Columbia

FILED
NOV 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                          WAIVER OF INDICTMENT

**CHANG SIK YI**

CASE NUMBER:   **CR 07-285**

I,   CHANG SIK YI   the above named defendant, who is accused of :

**18:1001:   STATEMENTS OR ENTRIES GENERALLY; False Statement.**

being advised of the nature of the charge,  the proposed information, and of my rights,  hereby waive  in open court on  **11/20/ 2007**   prosecution by indictment and consent that the proceeding may be by  Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Royce C. Lamberth
United States District Court