UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
                          )
                          )
         vs.              )   DOCKET NO.: CR-07-285-01
                          )
Chang-Sik Yi              )

**ORDER**

FILED
MAR - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The U.S. Probation Office completed and disclosed the Presentence Report on February 1, 2008.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the government.

Accordingly, it is by the Court, this 3rd day of March, 20 08,

**ORDERED,** that within five days of the date of this Order, counsel for the government shall execute the receipt and acknowledgment form and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

3/3/08
DATE