UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. CR-07-285-01 |
| | ) | |
| | ) | |
| | ) | |
| Chang-Sik Yi | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Notice is hereby given that Justin V. Shur, Trial Attorney, Public Integrity Section, Criminal Division, United States Department of Justice represents the United States of America in the above-captioned matter.

DATED: March 4, 2008
       Washington, D.C.

Respectfully submitted,

_/s/ Justin V. Shur__
Justin V. Shur
Trial Attorney
Public Integrity Section
United States Department of Justice
Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 353-8845
Fax: (202) 514-3003
justin.shur@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Justin V. Shur, hereby certify that on March 4, 2008, I caused a copy of the foregoing Notice of Appearance to be served by U.S. mail upon the following parties:

    Jensen Barber II
    Law Offices of J.E. Barber, P.C.
    The Jenifer Building
    400 Seventh Street, N.W., Suite 400
    Washington, D.C. 20004-2242


DATED: March 4, 2008
      Washington, D.C.

                                              _/s/ Justin V. Shur__
                                              Justin V. Shur
                                              Trial Attorney
                                              Public Integrity Section
                                              United States Department of Justice
                                              Criminal Division
                                              1400 New York Avenue, N.W.
                                              Washington, D.C. 20005
                                              Tel: (202) 353-8845
                                              Fax: (202) 514-3003
                                              justin.shur@usdoj.gov