## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANG SIK YI.,<br><br>　　　*Defendant.* | Crim No.1: 07-285 (RCL) |

### NOTICE OF FILING

**WOULD the CLERK of the Court** please enter the attached *Notice of Withdrawal of Objection To Termination* on behalf of the Defendant Chang Sik Yi in the above captioned matter.

Law Offices of J. E. Barber, P.C.

_____/s/_____
By: JENSEN E. BARBER II
D.C. Bar No. 376325
400 7th Street, NW, Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
On behalf of Mr. Sik Yi

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served by electronic mail upon Justin V. Shur, Esquire, on March 6, 2008.

_____/s/_____
JENSEN E. BARBER II

# LAW OFFICES OF J.E. BARBER, PC
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
February 18, 2008

jebarberpc@aol.com                                            202-737-8511 (o)
                                                              202-628-0249 (f)

*By E-Mail and US Post*

Mr. Michael A. Cooper
Department of the Army
United States Army Contracting Command Korea (USACCK)
SFCA-KC-OC
Unit # 15289
APO AP 96205-5289

        RE:  Notice of Withdrawal of Objection to Employment Termination: Mr. Chang Sik Yi

Dear Mr. Cooper:

Please be advised that my client, Mr. Chang Sik Yi hereby formally withdraws all appeals and objections to the termination of his employment by the United States Army Contracting Command Korea (USACCK), effective as of the date first written above.

Sincerely yours,


Jensen E. Barber II



cc:
Chang Sik Yi
John Pearson, AUSA