HONORABLE ___ C. LAMBERTH, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

MAR – 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket No.: CR-07-285-01** |
| **vs.** | **SSN:** N/A |
| **YI, Chang-Sik** | **Disclosure Date: February 1, 2008** |

(stamp) 2008 FEB 21 P 2: ... U.S. PROB... DISTRICT OF ... MAILROOM

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____                    _____
Prosecuting Attorney                                                    Date

### For the Defendant
(CHECK APPROPRIATE BOX)
(✗)    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_Chang-Sik Y_  15 Feb 08          _(signature)_  2/11/07
Defendant          Date                            Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **February 15, 2008**, to U.S. Probation Officer **Sherry
Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

**By:**    Gennine A. Hagar, Chief
United States Probation Officer

# LAW OFFICES OF J. E. BARBER, PC

The *Jenifer* Building
400 7TH STREET, NW   Nº 400
Washington, D.C. 20004-2242

February 19, 2008

Writer's Direct Dial: 202-737.8511                                    Fax: 202-628-0249
JEBLAL@aol.com
JEBarberPC@aol.com

FILED

MAR - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

   Re: Initial PSR Comments: Chang Sik Yi

Ms. Brandon:

Thank you for a well written and a comprehensive report.  I know how confusing the cultural aspects, names and places are having worked with Chang on the entirety of this matter.

WE, Chang and myself, point out a number of questions, comments, etc. for your consideration.

Chang states that he never used other Date of Birth of                          does not understand what this is all about.

2. First paragraph on page 3. If this para is referring to the False Statement on OGE 450 as it mentioned in the para 11 thru 13 on page 4, isn't the correct date for the para one and 13  October 2003 rather than October 2004?

3. Para seven on the page 4. Chang  was a *Contract Specialist* for the security guard services contract.  He  was not in charge for this contract award process at all.

4. Para 52 on page 10. the percentage in the last sentence should be 25% rather than 50%.

5. Para 55 on page 11. "title" is mistyped as "tile."

The Government  agreed to the following conditions; I am not sure whether they are properly included in this PSR under Paragraph 63, or elsewhere:

*While Chang  is on Supervised Release, he may travel again to Korea to see his family because, his father is old and ill and he would like to be able to see him and other family members?*

Please be assured I am and remain,

Sincerely yours,
        /s/
Jensen E. Barber II